IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 3:05CR141-F |
| | ) | |
| ROY TERRY | ) | |

### ORDER

For good cause, it is

**ORDERED** that the defendant's Consent Plea hearing be and is hereby set for **June 27, 2005 , at 9:00 a.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshall or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 23rd day of June, 2005.

                     /s/Charles S. Coody
                     CHARLES S. COODY
                     CHIEF UNITED STATES MAGISTRATE JUDGE