AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

ROY TERRY

WAIVER OF INDICTMENT

NUMBER: 3:05CR141-F

I, _____Roy Terry_____, the above named defendant, who is accused of

violations of Title 18, United States Code, Sections 1344, 664, 1343, 1341, and 2314,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___June 27, 2005___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.