COURTROOM DEPUTY'S MINUTES  DATE: June 27, 2005  9:00 - 9:55
MIDDLE DISTRICT OF ALABAMA
COURT REPORTER: Risa Entrekin

❏ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  √ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Charles S. Coody  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr141-F  **DEFENDANT NAME:** Roy Terry
**AUSA:** Matt Miner  **DEFENDANT ATTORNEY:** George L. Beck
Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? (√)NO; ( )YES   Name:

---

Non-Surety Bond & Condition of Release executed

√ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. ORAL MOTION for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
√ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
**PLEA:**  ❏ Not Guilty
   √ Guilty as to:
      √ Count(s): 1-13 Felony Information
      ❏ Count(s):   ❏ dismissed on oral motion of USA
         ❏ to be dismissed at sentencing
√ **Written plea agreement filed**   ❏ **ORDERED SEALED**
√ **ORAL ORDER** adjudicating defendant guilty as to Counts 1 - 13 of the Felony Information
❏ CRIMINAL TERM:   ❏ WAIVER OF SPEEDY TRIAL filed.
   **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel