IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-F |
| | ) | |
| ROY TERRY | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #11) filed on October 6, 2005, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for October 13, 2005 is continued to January 20, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 6th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE