# PHELPS DUNBAR LLP
### ——— COUNSELORS AT LAW ———

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

**BRENT B. BARRIERE**
Partner
New Orleans Office
Admitted in Louisiana and Texas
(504) 584-9210
barrierb@phelps.com

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
Fax (504) 568-9130

www.phelpsdunbar.com

December 14, 2005

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL

20745-1

**VIA E-MAIL**

Doug Mathis
Probation Officer
c/o George L. Beck, Jr., Esq.
Capell & Howard, P.C.
150 South Perry Street
Montgomery, AL 36102-2069

    Re:    In re: Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC

Dear Mr. Mathis:

    This firm serves as special litigation counsel to J. Lester Alexander, the Chapter 7 Trustee of Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC (collectively "Terry Manufacturing"). Terry Manufacturing filed for relief under Chapter 11 of the Bankruptcy Code in July, 2003. The company proved hopelessly insolvent and could not reorganize as an operating business. Its reorganization was converted into a straight liquidation under Chapter 7 of the Bankruptcy Code in May, 2004. Shortly thereafter, this firm was engaged as special litigation counsel to file multiple lawsuits on behalf of the Trustee.

    As the former president, chairman of the board of directors and majority stockholder of Terry Manufacturing, Mr. Terry was personally involved in the various transactions giving rise to several of the lawsuits filed by the Trustee. We anticipate, for example, that Mr. Terry will be a material witness in connection with two trials currently scheduled for January 24, 2006. We anticipate he will also be a material witness in several other matters including, in particular, litigation the Trustee has filed against Cintas Corporation and several other defendants including Mr. Terry. That litigation likely represents the most valuable asset of the estate. We anticipate that Mr. Terry's participation in that litigation will be significant to its ultimate disposition.

EXHIBIT A

NO.99572630.1

Doug Mathis
December 14, 2005
Page – 2 –

    Mr. Terry has been willing to appear at depositions without the need for subpoena. We understand he will continue to do so.

    With kindest personal regards, I am

                                            Sincerely yours,

                                            Brent B. Barriere

BBB/dob

NO.99572630.1