IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-F |
| | ) | |
| ROY TERRY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #13) filed on December 30, 2005, it is hereby

ORDERED that the government show cause in writing on or before January 12, 2006 as to why the motion should not be granted.

DONE this 4th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE