IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-F |
| | ) | |
| ROY TERRY | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #13) filed on December 30, 2005 and the Amended Motion to Continue Sentencing (Doc. #15) filed on January 5, 2006 and the response of the government, it is hereby

ORDERED that the motions are GRANTED in part and DENIED in part. The sentencing hearing set for January 20, 2006 is continued to May 18, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 12th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE