IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
v.                                 )          CASE NO. 3:05-cr-141-MEF
                                   )
ROY TERRY                          )

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #20) filed

on August 2, 2006, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set for August 11,

2006 is continued to September 7, 2006 at 9:00 A.M. in the United States Courthouse, One

Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 2nd day of August, 2006.


                         /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE