# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   9/11/06           AT:   9:55 a.m.
DATE COMPLETED:   9/11/06           AT:   10:45 a.m.

UNITED STATES OF AMERICA        §
                                §
vs.                             §   CR. NO. 3:05CR141-MEF
                                §
ROY TERRY                       §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andy Schiff | | George L. Beck, Jr. |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter           Doug Mathis, USPO
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

9:55 a.m. -   Court convenes.
Government states the terms of the plea agreement to the Court.
Court will sentence defendant with the terms of the plea agreement between the parties.
Court will GRANT Government's Motion for Downward Departure for Acceptance of Responsibility (Doc. #24).
Government states the reasons for filing their Motion for Downward Departure pursuant to 5K1.1 (Doc. #23).
Court will GRANT Government's Motion for Downward Departure pursuant to 5K1.1 (Doc. #23).
Government calls victim Yvonne D. Robinson to testify.
Defense counsel questions victim.
Defense counsel asks the Court that defendant get into a substance abuse treatment program and to be housed near Maxwell here in Montgomery.
Court sentences defendant and advises him of his right to an appeal.
Government objects to defendant self surrendering for service.
Court will allow defendant to self surrender to the Federal Bureau of Prisons before 2:00 p.m. on Thursday, December 14, 2006.

10:45 a.m. -   Court is in recess.