IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 3:05CR141-MEF |
| | ) | |
| ROY TERRY | ) | |

Sentencing: 9/11/06
Before: Chief Judge Mark E. Fuller

**WITNESS LIST**

**GOVERNMENT**                                                            **DEFENDANT**

Yvonne D. Robinson