IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-MEF |
| | ) | |
| ROY TERRY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Postpone Report Date (D0c. #29) filed on December 4, 2006, it is hereby

ORDERED that the governor show cause in writing on or before December 12, 2006 as to why the motion should not be granted.

DONE this 5th day of December, 2006.

                                                      /s/ Mark E. Fuller
                                                CHIEF UNITED STATES DISTRICT JUDGE