IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CR. NO. 3:05-cr-141-MEF |
| ) | |
| ROY TERRY    ) | |
| ) | |

### GOVERNMENT'S RESPONSE TO ROY TERRY'S MOTION
### TO POSTPONE REPORT DATE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for Middle District of Alabama, and in response to the Motion to Postpone Report Date filed by the Defendant herein, the following is submitted:

In his motion, Roy Terry seeks to postpone his surrender date until March 2007, arguing that this will allow him to be helpful to the Trustee of Terry Manufacturing Company in connection with litigation pending between the Trustee and Cintas Corporation. The Government solicited the views of the Trustee's counsel, whose response is attached as Exhibit A. The Government also received, unsolicited, a letter from Cintas's counsel, which is attached as Exhibit B. Based on these responses, it would appear that the only assistance required from Mr. Terry is for him to attend his deposition. Both counsel indicate that (a) they are prepared to work with the Bureau of Prisons to schedule Mr. Terry's deposition, and (b) they cannot guarantee that the deposition would be taken before Mr. Terry's requested surrender date of March 2007. Therefore, the Government requests that the Court deny Mr. Terry's motion.

Respectfully submitted this the 12th of December, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-141-MEF |
| | ) | |
| ROY TERRY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George L. Beck, Jr.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
andrew.schiff@usdoj.gov