

**BALCH & BINGHAM LLP**

Alabama • Georgia • Mississippi • Washington, DC

Attorneys and Counselors
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104-3515
(334) 834-6500
(334) 269-3115 Fax
www.balch.com

John G. Smith
(334) 269-3150

(866) 316-9461 (direct fax)
jgsmith@balch.com

December 7, 2006

Andrew O. Schiff, Esquire
Assistant U.S. Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197

    Re:    *United States of America v. Roy Terry*
           3:05-CR-00141-MEF-CSC

Dear Mr. Schiff:

    As you may recall, I represent Cintas Corporation and some of its current and former employees in litigation brought by the bankruptcy trustee of Terry Manufacturing and Terry Uniform that is pending in Circuit Court of Randolph County, Alabama. That litigation also involves Roy Terry, the defendant in the above-referenced matter.

    I have obtained a copy of a "Motion to Postpone Report Date" Mr. Terry filed in the above matter on December 4, 2006. I have enclosed a copy of that Motion for your convenience. Mr. Terry requests he be allowed until March 2007 to surrender to the Bureau of Prisons because, his motion says, he needs additional time to "cooperate and assist counsel for the [bankruptcy] trustee . . ." in the lawsuit that is pending against my clients. The Motion implies that Mr. Terry will give his deposition in the Randolph County matter some time before March 2007. My clients and I cannot assure you that Mr. Terry's deposition will take place by or before March 2007. We do not know the basis upon which Mr. Terry's counsel chose that date and we do not want Mr. Terry's motion to be interpreted by your office or by the court to mean that the parties to the lawsuit in Randolph County, Alabama have agreed that Mr. Terry's deposition will be taken on or before March 2007.

    I see no material impediment to Mr. Terry's deposition being taken after he surrenders to the Bureau of Prisons by December 14, 2006 as is currently scheduled. Should you have any questions regarding this letter, please do not hesitate to contact me.

                                           Sincerely,

                                           John G. Smith

JGS:bl
Enclosure

**EXHIBIT B**

174655.1