IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-MEF |
| | ) | |
| ROY TERRY | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Postpone Report Date (Doc. #29) filed on December 4, 2006, and the response of the government thereto, it is hereby

ORDERED that the motion is DENIED. Defendant is to self- surrender to the Bureau of Prisons on or before Thursday, December 14, 2006, at or before 2:00 P.M.

DONE this 12th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE