IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-MEF |
| | ) | |
| ROY TERRY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Reconsider (Doc. #33) filed on December 13, 2006, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. It is further ORDERED that Defendant is to self- surrender to a facility designated by the Bureau of Prisons on or before January 9, 2007, at or before 2:00 P.M.

DONE this 14th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE