AO 245B     (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___7___

DEFENDANT:        **ROY TERRY**
CASE NUMBER:      **3:05CR141-F**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Seventy eight (78) months. This sentence consists of terms of 78 months each on Counts 1 through 6, and 8 through 13, and 60 months on Count 7, all such terms to run concurrently.**

X The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**
   **The Court also recommends that defendant be designated to a facility as near to Roanoke, AL.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X before 2 p.m. on     **Thursday, December 14, 2006**     .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered v/s on     09 January 2007     to     FCI TDG

at     Talladega, Alabama     , with a certified copy of this judgment.

RETURNED AND FILED

FEB 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

D.B. Drew, Warden
UNITED STATES MARSHAL

By     S Stokes, LIE
       DEPUTY UNITED STATES MARSHAL