IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-MEF |
| | ) | |
| ROY TERRY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Delay Collection of Restitution (Doc. #36) filed on February 21, 2007, it is hereby

ORDERED that the government show cause in writing on or before March 6, 2007 as to why the motion should not be granted.

DONE this the 26th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE