IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-141-MEF |
| | ) | |
| ROY TERRY | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Delay Collection of Restitution (Doc. #36) filed on February 21, 2007, and the response of the government thereto, it is hereby

ORDERED that the motion is DENIED.

DONE this the 7th day of March, 2007.

                                           /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE